| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
*versus* § CRIMINAL ACTION NO. 4:10CR244
§
SAMUEL EDWARD KNIGHTSHADE, IV §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months to run concurrently with the sentence imposed in Case No. 4:11CR125-1, with no term of supervised release to follow.

The Court recommends that Defendant be housed in the Bureau of Prisons Seagoville, Texas, facility, if appropriate.

**IT IS SO ORDERED.**

SIGNED at Plano, Texas, this 26th day of July, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE